UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:16-cr-00215 |
| v. | ) | |
| | ) | JUDGE ASPEN |
| ESPERANZA HERNANDEZ DE LONES | ) | |

**POSITION OF THE GOVERNMENT WITH
REGARDS TO THE PRESENTENCE INVESTIGATION REPORT**

The United States of America (the "Government"), by and through its undersigned attorney, hereby states that it has no additions, corrections, or objections to the Presentence Investigation Report prepared in this case.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

**s/Ahmed A. Safeeullah**
AHMED A. SAFEEULLAH
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served this 12th day of October, 2017, via the electronic filing system upon counsel for the defendant:

R. David Baker
Federal Public Defender's Office (MDTN)
810 Broadway
Suite 200
Nashville, TN 37203
Y77

<i>s/ Ahmed A. Safeeullah</i>
AHMED A. SAFEEULLAH, AUSA